**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01142-CV

### ERIC C. HALL, Appellant

### V.

### TEXAS WORKFORCE COMMISION AND ABM, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14789**

## ORDER

The reporter's record in this case is overdue. By postcard dated October 8, 2014, we notified the official court reporter for the 134th Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Vielica Dobbins to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification he has not requested, paid for, or made arrangements to pay for the reporter's record, we will*

*order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c)

/s/    ELIZABETH LANG-MIERS
        JUSTICE